IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Information Associated with Facebook User ID MARTIN J CHAVEZ that is Stored at Premises Controlled by Facebook, Inc. | Case No. 3:19 mj 175<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until September 23, 2019.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days except that Facebook may disclose the attached warrant to an attorney for Facebook for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____3-27-19_____
Date

_____[signature]_____
United States Magistrate Judge